# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CONTENTGUARD HOLDINGS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:13-CV-1112-JRG |
| APPLE, INC., | § § | |
| *Defendant*. | § § | |
| CONTENTGUARD HOLDINGS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:14-CV-61-JRG |
| GOOGLE, INC., | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Parties' Joint Motion to Sever the HTC defendants, the Huawei Defendants, Motorola, and the Samsung Defendants from Civil Action No. 2:13-cv-1112 into a Separate Action, and to Consolidate that New Action with Civil Action No. 2:14-cv-61 (Dkt. No. 1136). After considering the request and for the clarity of the record, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, the Court **ORDERS** that HTC Corporation, HTC America, Inc., Huawei Device USA, Inc., Huawei Technologies Co., Ltd., Motorola Mobility LLC, Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, the "Android Defendants") be **SEVERED** from Civil Action 2:13-cv-1112 into a separate action and that

separate action be **CONSOLIDATED** with Civil Action 2:14-cv-61, with Civil Action 2:14-cv-61 as the **LEAD CASE**.

Any and all orders, motions, notices, and stipulations that applied to the Android Defendants in Civil Action 2:13-cv-1112 shall continue to apply with full force and effect to the Android Defendants in Civil Action 2:14-cv-61. All future filings regarding the Android Defendants should only be filed in Civil Action 2:14-cv-61. All future filings regarding Apple, Inc. should continue to be filed in Civil Action 2:13-cv-1112, with Apple, Inc. now remaining as the sole defendant in that case.

**So ORDERED and SIGNED this 26th day of February, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE